UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 29, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICKY LEE WARE<br><br>　　　　Defendant. | Case No. 2:24-cr-00281-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RICKY LEE WARE</u> Case No. <u>2:24-cr-00281-DAD</u> Charges <u>18 USC § 11029(b)(2)</u> from custody for the following reasons:

　　　　_____ Release on Personal Recognizance

　　　　_____ Bail Posted in the Sum of $ _____

　　X   Unsecured Appearance Bond $ _____   75,000 co-signed by Christina Spray, Edris Admadi, and Lugenia Whiteside

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　X   (Other): <u>Defendant to be released **Wednesday, October 30, 2024 at 9:00 AM**</u>.

Issued at Sacramento, California on October 29, 2024 at 3:30 PM.

By: _/s/ Chi Soo Kim_

Magistrate Judge Chi Soo Kim