WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814

916 – 441 - 4888

Attorneys for WARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE, and<br>CARLOS LEE SANCHEZ JR.,<br><br>             Defendants. | CASE NO.  2:24-cr-00281 DAD<br><br>REQUEST FOR ORDER TO PERMIT TRAVEL TO SACRAMENTO FOR EMPLOYMENT WITH HOPE AND TO MEET WITH DEFENSE COUNSEL; [PROPOSED] ORDER |

### I.   STATEMENT OF FACTS

1.   Mr. Ricky Ware is employed with H.O.P.E. [Helping our People Eat] a non profit organization based in Sacrament, California.

2.   H.O.P.E. is coordinating a fundraiser – a dinner on Sunday Nov. 24, 2024, in which Mr. Ware would attend and work in the hopes of raising funds for the organization,

3.   Mr. Ware's immediate supervisor at H.O.P.E. is Lugenia Whiteside.  I have provided her name and phone number to Mr. Ware's pre-trial officer.

STIPULATION AND [PROPOSED] ORDER              1

4. Further, Mr. Ware would remain in Sacramento so that he can meet and confer with defense counsel at our office – Sacramento, California, on Monday November 25, 2024.

5. I have consulted with counsel for the government on this request. The government does not oppose this request.

Dated: November 20, 2024             /s/ LINDA M. PARISI
                                     LINDA M. PARISI
                                     Counsel for WARE

//
//
//
//
//

### [PROPOSED] MODIFIED ORDER

The Court having read and considered the Statement of Facts and Request for Order, hereby finds that good cause exists to enter the Order as follows:

To permit Ricky Ware to travel from Las Vegas, Nevada to Sacramento, California on November 23 or 24, 2024 and then ordered to return to Las Vegas, Nevada by November 26, 2024. Mr. Ware may not travel to any other location besides Sacramento on this trip. He must remain in Sacramento after the November 24, 2024 event to meet with defense counsel on November 25, 2024 through his departure to Las Vegas by November 26, 2024.

IT IS SO ORDERED.

Dated: November 20, 2024

*[signature]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE