JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave., Suite 6-8
Carmichael, CA
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
CARLOS LEE SANCHEZ, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICKY LEE WARE, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:24-CR-00281-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:  February 24, 2025<br>TIME:  9:30 a.m.<br>COURT:  Hon. Dale A. Drozd |

The United States of America through its undersigned counsel, Nicholas M. Fogg, Assistant United States Attorney, together with counsel for defendant Ricky Lee Ware, Linda M. Parisi, Esq., counsel for defendant Kimberly Ann Wallace, Candice L. Fields, Esq., and, counsel for defendant Carlos Lee Sanchez, Jr., John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on December 3, 2024.

2. By this stipulation, the defendants now move to continue the matter until February 24, 2025, and to exclude time between December 3, 2024, and February 24, 2025, under Local Code T-4 (to allow defense counsel time to prepare).  The parties agree and stipulate, and request the Court find the following:

　　a.　The United States has not yet provided discovery in this matter.  However, the parties have negotiated protective orders (two of three have been filed and approved by the court, the third is pending the court's approval), clearing the way for the production of discovery by the government.  The government has indicated the discovery is voluminous

1

    and includes (but is not limited to) a variety of records, reports, interviews and a significant volume of ATM photos and videos.  Additionally, the government seized 32 electronic devices from the defendants as well as accessing social media accounts of the defendants.   Counsel for the defendants will need additional time to review and analyze the discovery (once it is produced), conduct investigation, and interview potential witnesses related to the discovery production(s).

  b. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object to the continuance.

  d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of December 3, 2024, to February 24, 2025, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A), (B) (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

| | |
|---|---|
| Dated: November 26, 2024 | /S/ Linda M. Parisi <br> LINDA M. PARISI <br> Attorney for Defendant <br> Ricky Lee Ware |
| Dated:  November 26, 2024 | /S/ Candice L. Fields <br> CANDICE L. FIELDS <br> Attorney for Defendant <br> Kimberly Ann Wallace |
| Dated:  November 26, 2024 | /S/ John R. Manning <br> JOHN R. MANNING <br> Attorney for Defendant <br> Carlos Lee Sanchez, Jr. |
| Dated:  November 26, 2024 | Phillip A. Talbert <br> United States Attorney <br><br> /S/ Nicholas M. Fogg <br> NICHOLAS M. FOGG <br> Assistant United States Attorney |

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The December 3, 2024 status conference is continued to February 24, 2025, at 9:30 a.m. and time is excluded between December 3, 2024, and February 24, 2025, under Local Code T-4.

IT IS SO ORDERED.

Dated:  **November 26, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3