WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814

916 – 441 - 4888

Attorneys for WARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE, and<br>CARLOS LEE SANCHEZ JR.,<br><br>      Defendants. | CASE NO.  2:24-cr-00281 DAD<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR ORDER TO PERMIT TRAVEL TO SACRAMENTO FOR EMPLOYMENT WITH HOPE AND TO MEET WITH DEFENSE COUNSEL |

**ORDER**

  The Court having read and considered the Statement of Facts and Request for Order (ECF No. 46), the Court hereby finds that good cause exists to enter the Order, as follows:

  To permit Ricky Ware to travel from Las Vegas, Nevada to Sacramento, California on December 12-13, 2024, and then ordered to return to Las Vegas, Nevada by December 16-17, 2024.

  IT IS SO FOUND AND ORDERED this 10th day of December, 2024.

THE HONORABLE CHI SOO KIM

UNITED STATES MAGISTRATE JUDGE

1