WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814
916 – 441 - 4888

Attorneys for WARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE, and<br>CARLOS LEE SANCHEZ JR.,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:24-cr-00281 DAD<br><br>REQUEST FOR   ORDER TO PERMIT TRAVEL TO ~~SACRAMENTO~~ TEXAS FOR EMPLOYMENT WITH HOPE AND GT DIGITAL; ORDER |

## I.　　STATEMENT OF FACTS

1. Mr. Ricky Ware is employed with H.O.P.E. [Helping our People Eat] a non profit organization based in Sacrament, California.

2. H.O.P.E. is coordinating classes and events on Thursday January 23, 2025 through Monday January 27, 2025  in which Mr. Ware would attend and work   for the organization,

3. Mr. Ware's immediate supervisor is Lugenia Whiteside

4. Pretrial services does not oppose this travel request.

5. The Assistant U. S. Attorney does not oppose this travel request.

6. Further, Mr. Ware would remain out of Las Vegas Nevada so that he can meet and confer with his two employers and/or events with employment. His employer in Texas is GT Digital Distribution, 7322 Southwest Freeway 1 – 1090, Houston Texas, 77074. Mr. Ware is a recording artist and will be recording in the aforementioned studio.

7. Mr. Ware will also meet with other artists while he is in Texas because he is involved in

the production of other musicians. GT Digital is the label that Mr. Ware produces under and is signed with and they are located in Houston Texas.

8. Mr. Ware will be in the studio recording music. He would return to Las Vegas, Nevada on January 27, 2025.

9. Mr. Ware is also involved in work with All Star Weekend to produce Podcasts in San Francisco on February 14, 2025 through February 17, 2025.

10. Mr. Ware will need to come to Sacramento for HOPE to coordinate fundraising events. Mr. Ware will also meet with defense counsel at that time.

11. Mr. Ware further request that he be allowed to travel to Sacramento for his work with HOPE and to meet with counsel. He will need to travel from Las Vegas to Sacramento and would request to leave Las Vegas on February 18, 2025 and return on February 20, 2025.

Dated: January 16, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant U.S. Attorney

Dated: January 16, 2025

/s/ LINDA M. PARISI
LINDA M. PARISI
Counsel for WARE

//
//
//
/

STIPULATION AND ORDER

2

**ORDER**

The Court having read and considered the Statement of Facts and Request for Order, hereby finds that good cause exists to enter the Order, as follows:

Defendant Ricky Ware may travel from Las Vegas, Nevada to Texas on January 23, 2025, but must return to Las Vegas, Nevada by January 27, 2025. Mr. Ware remains on the conditions of release previously ordered, except for location monitoring which shall be suspended on January 23, 2025, and will resume immediately upon his return to Las Vegas by January 27, 2025.

If Mr. Ware requests further travel, as suggested by the stipulation, he must submit a new stipulation setting out the nature of his work while in Sacramento, that the assigned pretrial officer and the government support his request, and proposed order for the Court's consideration.

IT IS SO FOUND AND ORDERED

Dated: January 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE