WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814

916-441-4888

Attorneys for WARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICKY LEE WARE,<br><br>　　　　　　　Defendants. | CASE NO.  2:24-cr-00281 DAD<br><br>REQUEST FOR ORDER TO PERMIT TRAVEL TO OAKLAND/SAN FRANCISCO FOR EMPLOYMENT WITH CONTENT CARTEL STUDIOS THEN TO SACRAMENTO TO MEET WITH DEFENSE COUNSEL; [PROPOSED] ORDER |
|---|---|

**ORDER**

The Court having read and considered the Statement of Facts and Request for Order, this Order hereby finds that good cause exists to enter the Order, as follows:

1.　To permit Ricky Ware to travel from **Las Vegas, Nevada to Oakland and San Francisco, California on February 12, 2025, through February 17, 2025.**  Mr. Ware will need to come to Sacramento for his employment with HOPE to coordinate fundraising events.  Mr. Ware will also meet with the defense counsel at that time. He is requesting to travel from **San Francisco, California to Sacramento on February 17, 2025, and return to Las Vegas, Nevada on February 20, 2025.**

IT IS SO FOUND AND ORDERED this 6th day of February 2025.

_/s/ Chi Soo Kim_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] TRAVEL ORDER　　　　　　　　　1