JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)-444-3994
jmanniglaw@yahoo.com


Attorney for defendant
Carlos Lee Sanchez, Jr.


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, JR.,<br><br>                              Defendants. | CASE NO.  2:24-CR-281-DAD<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 24, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        This case is set for a status conference on February 24, 2025.  Counsel for Mr. Sanchez recently filed a stipulation (ECF 54) which inadvertently contained the incorrect (2/27/25) date for the presently set status conference.

        2.        By this stipulation, defendants now move to continue the status conference until April 28, 2025, and to exclude time between February 24, 2025, and April 28, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

        3.        The parties agree and stipulate, and request that the Court find the following:

                a)        The government has produced discovery in this matter, to date, consisting of over 6,660 pages of investigative reports, photographs and video surveillance evidence.  (The

1

discovery produced and noted herein does not include new discovery produced on February 18, 2025, nor does it include the contents of eight seized electronic devices.)  The government has further indicated additional discovery is forthcoming.

b)      Counsel for defendants have met with their clients to discuss their respective cases.  Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2025 to April 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2025                    /s/ LINDA PARISI
                                             LINDA PARISI
                                             Counsel for Defendant
                                             RICKY LEE WARE


Dated:  February 19, 2025                    /s/ CANDICE L. FIELDS
                                             CANDICE L. FIELDS
                                             Counsel for Defendant
                                             KIMBERLY ANN WALLACE


Dated:  February 19, 2025                    /s/ JOHN R. MANNING
                                             JOHN R. MANNING
                                             Counsel for Defendant
                                             CARLOS LEE SANCHEZ, Jr.


Dated:  February 19, 2025                    MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ NICHOLAS M. FOGG
                                             NICHOLAS M. FOGG
                                             Assistant United States Attorney


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for February 24, 2025 is continued to April 28, 2025, at 9:30 a.m. and time is excluded between February 24, 2025, and April 28, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4.

IT IS SO ORDERED.

Dated:   **February 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE