WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814
SBN 84247
916-441-4888

Attorneys for WARE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICKY LEE WARE,<br><br>　　　　　　　　Defendants. | CASE NO.  2:24-cr-00281 DAD<br><br>REQUEST FOR ORDER TO PERMIT TRAVEL TO SACRAMENTO TO MEET WITH DEFENSE COUNSEL; ORDER |

**~~PROPOSED~~ ORDER**

The Court having read and considered the Statement of Facts and Request for Order, this Order hereby finds that good cause exists to enter the Order, as follows:

1.　To permit Ricky Ware to travel from **Las Vegas, Nevada   Sacramento on March 21, 2025, and return to Las Vegas, Nevada on March 23, 2025, in order to have sufficient time to meet with defense counsel.**

IT IS SO FOUND AND ORDERED this 17th day of March, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] TRAVEL ORDER　　　　　　　1