WING & PARISI
LINDA M. PARISI
917 G STREET
SACRAMENTO, CALIFORNIA  95814

916-441-4888

Attorneys for WARE

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RICKY LEE WARE,<br><br>                              Defendants. | CASE NO.  2:24-CR-00281 DAD<br><br>REQUEST FOR ORDER    TO MODIFY CONDITIONS OF RELEASE AND REMOVE CONDITION #15  ;   [~~PROPOSED~~] ORDER |
|---|---|

### [~~PROPOSED~~] ORDER

The Court having read and considered the Statement of Facts and Request for Order, this Order hereby finds that good cause exists to enter the Order, as follows:

1.      Condition #15 – Location Monitoring Device -  of the Detention Order will be removed.

2.      Pretrial Services, and AUSA and the Three Sureties agree to the removal of Condition #15.

IT IS SO FOUND AND ORDERED this day of  April 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] TRAVEL ORDER

1