JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)-444-3994
jmanniglaw@yahoo.com

Attorney for defendant
Carlos Lee Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendants. | CASE NO.  2:24-CR-281-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 28, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on April 28, 2025.

2. By this stipulation, defendants now move to continue the status conference until June 23, 2025, and to exclude time between April 28, 2025, and June 23, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The government has produced discovery in this matter, to date, consisting of over 52,000 pages of investigative reports, photographs and video surveillance evidence and 3000 native files.  The government has further indicated, on or about April 16, 2025, they will begin producing (electronic) copies and/or extraction reports related to the eight seized electronic

1

devices (adding a significant volume of discovery to the already substantial amount of discovery previously produced by the government).

b) Counsel for defendants have met with their clients to discuss their respective cases. Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2025 to June 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2025                     /s/ LINDA PARISI
                                                                      LINDA PARISI
                                                                      Counsel for Defendant
                                                                      RICKY LEE WARE

Dated: April 17, 2025              /s/ CANDICE L. FIELDS
                                   CANDICE L. FIELDS
                                   Counsel for Defendant
                                   KIMBERLY ANN WALLACE

Dated: April 17, 2025              /s/ JOHN R. MANNING
                                   JOHN R. MANNING
                                   Counsel for Defendant
                                   CARLOS LEE SANCHEZ, Jr

Dated: April 17, 2025              MICHELE BECKWITH
                                   Acting United States Attorney

                                   /s/ NICHOLAS M. FOGG
                                   NICHOLAS M. FOGG
                                   Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for April 28, 2025, is continued to June 23, 2025, at 9:30 a.m. and time is excluded between April 28, 2025, and June 23, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **April 18, 2025**             _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

3