JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Carlos Lee Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICKY LEE WARE,<br>KIMBERLY ANN WALLACE and<br>CARLOS LEE SANCHEZ, Jr.<br><br><br>　　　　　　　　　　Defendants. | CASE NO. 2:24-CR-0281-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 18, 2025 (requested date)<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena M. Coggins |

　　　　The United States of America through its undersigned counsel, Nicholas Fogg, Assistant United States Attorney, together with counsel for defendant Ricky Lee Ware, Linda Parisi, Esq., counsel for defendant Kimberly Ann Wallace, Candice L. Fields, Esq., and, counsel for defendant Carlos Lee Sanchez, Jr., John R. Manning, hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 23, 2025, at 9:30 a.m., before the Hon. Dale A. Drozd. Time was excluded between April 28, 2025 and June 23, 2025.

2. On, or about, April 21, 2025, Chief District Court Judge Hon. Troy L. Nunley reassigned the matter to the Hon. Dena M. Coggins (ECF 63) and the previously set status conference (June 23, 2025) before Judge Drozd was vacated (presumably as was the prior speedy trial time exclusions).

1

3. By this stipulation, the parties now move to continue the matter until July 18, 2025, at 9:00 a.m., and to exclude time between April 28, 2025, and July 18, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] to allow defense counsel time to prepare. The parties agree and stipulate, and request the Court find the following:

    a) The government has produced discovery in this matter, to date, consisting of over 52,000 pages of investigative reports, photographs and video surveillance evidence and 3000 native files. The government has further indicated, on or about April 16, 2025, they will begin producing (electronic) copies and/or extraction reports related to the eight seized electronic devices (adding a significant volume of discovery to the already substantial amount of discovery previously produced by the government).

    b) Counsel for defendants have met with their clients to discuss their respective cases. Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2025 to July 18, 2025,inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 23, 2025

/s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
RICKY LEE WARE

Dated:  April 23, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
KIMBERLY ANN WALLACE

Dated:  April 23, 2025

/s/ JOHN R. MANNING
JOHN R. MANNING
Counsel for Defendant
CARLOS LEE SANCHEZ, Jr

Dated:  April 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

///
///
///
///
///
///
///
///
///

3

**FINDINGS AND ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for June 23, 2025 before District Judge Dale A. Drozd is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period of June 23, 2025 to July 18, 2025 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The time period of April 28, 2025, and June 23, 2025 was previously excluded as provided by District Judge Dale A. Drozd on April 18, 2025 in the Order filed at Document Number 62.

IT IS SO ORDERED.

Dated:   **April 24, 2025**

_____
Dena Coggins
United States District Judge